COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Guice Engineering, Inc. v. Sheila Turner, Individually and As
                         Next Friend of D.J.T., Jr. and A.T., Minor Children, Danny
                         Earl Cain As Representative of the Estate of David Turner
                         and As Next Friend of D.J.T. and A.T., Johnny Mullins,
                         Michael Brown, Eric Juarez, and Armando Gonzales

Appellate case number:   01-18-00505-CV

Trial court case number:  2015-73209

Trial court:             295th District Court of Harris County

Appellant, Guice Engineering, Inc., has filed a notice of interlocutory appeal of the trial court's order denying its "Motion to Strike Second Certificate of Merit and Motion to Dismiss." *See* TEX. CIV. PRAC. & REM. CODE § 150.002(f) (West 2011). Appellant has filed an "Emergency Motion to Stay Trial Court Proceedings Pending Interlocutory Appeal." *See* TEX. R. APP. P. 29.3. Appellant requests a stay of "all discovery, depositions, expert witness designations, motions, docket control order deadlines and trial" in the underlying proceeding. Appellees have filed a response, opposing the motion.

Appellant's emergency to stay is **denied**.

It is so ORDERED.

Judge's signature:   /s/ Russell Lloyd
                     ☑ Acting individually   ☐ Acting for the Court

Date: July 3, 2018